# United States District Courts
WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Yousef Nimer Ahmed Radi

**WARRANT FOR ARREST**

Case Number: DR:23-M -03430(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest          (1) Yousef Nimer Ahmed Radi
                                                     Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description)

*On or about December 02, 2023, the defendant, Yousef Nimer Ahmed Radi, an alien who is a native and citizen of Israel, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

in violation of Title     **8**     United States Code, Section(s)   **1325(a)(1)**

MATTHEW H. WATTERS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

December, 14, 2023 DEL RIO, Texas
Date and Location

Bail Fixed at $ _____ by _____
                                  Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas. | | |
| Date Received December 14, 2023 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest December 02, 2023 | FLORES-III, SANTOS Border Patrol Agent | /s/ FLORES-III, SANTOS |