# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | DR:23-M -03430(1)-AM |
| | § | |
| (1) YOUSEF NIMER AHMED RADI | § | |

## ORDER SETTING REARRAIGNMENT/PLEA/SENTENCING

     IT IS HEREBY ORDERED that the above entitled and numbered case is set for **REARRAIGNMENT/PLEA/SENTENCING** in Courtroom 1, on the 2nd floor, U.S. Courthouse, 111 E. Broadway, Del Rio, TX, on **Monday, March 18, 2024 at 10:00 AM**.

     IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

     IT IS SO ORDERED this 30th day of January, 2024.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE