# SENTENCING
## DEL RIO DIVISION

CASE No.: DR:23-M-03430(1)-AM

DEFENDANT'S:

#1 Yousef Nimer Ahmed Radi     #1 [CJA] Natasha Ann Torres

CHIEF JUDGE: ALIA MOSES     AUSA: Zachary Bird
DEPUTY CLERK: Debbie Green/Jeanette Mendoza     INTERPRETER: Ghada Attieh   Yes
COURT REPORTER: Vickie Lee Garza     PROB. OFFICER:
DATE: Monday, March 18, 2024     TIME: 11:05   19 min

### PROCEEDINGS

PLED GUILTY DATE 3/18/2024

[X] SEN. HELD: COUNTS: 1

[ ] STATEMENTS OF DFT & COUNSEL HEARD

[ ] OBJECTIONS TO PRE-SENTENCE REPORT HEARD

[X] PRE-SENTENCE REPORT SEALED

[ ] GOVT'S ORAL MOTION FOR 3E1.1(b) ORALLY GRANTED

[X] COURT ADVISED DFT OF RIGHT TO APPEAL

[ ] DFT GIVES ORAL NOTICE OF APPEAL

[X] DFT REMANDED TO CUSTODY

[ ] COURT RECOMMENDS BOP PLACEMENT: ____

### SENTENCE

COUNT: 1    CTS 12-2-2023

IMP. 5 MOS. ( ___ ) DAYS    S/R N/A YRS.

( ) NON-REPORTING    ( ) OBTAIN GED
( ) NOT LESS THAN ___ HRS OF COMMUNITY SVC    ( ) MENTAL HEALTH TREATMENT
( ) SUBSTANCE ABUSE TREATMENT    ( ) HOME CONFINEMENT ___ DAYS
( ) ABSTAIN FROM DRUGS AND ALCOHOL    ( ) SEX OFFENDER TREATMENT

PROB ___ MOS/YRS    FINE $ 0    S/A $ Gov't Remit    REST. $ ___

[X] FINE IS WAIVED BECAUSE OF DFT'S INABILITY TO PAY

[✓] SPECIAL ASSESSMENT ORDERED REMITTED UPON GOVT'S ORAL MOTION

OTHER: